CO-386-online
10/03

# United States District Court
# For the District of Columbia

CONSUMERS' CHECKBOOK, )
CENTER FOR THE STUDY OF )
SERVICES )
                                       Plaintiff )
vs )    Civil Action No._____
)
U.S. DEPARTMENT OF HEALTH AND HUMAN )
SERVICES, CENTERS FOR MEDICARE AND )
MEDICAID SERVICES )
                                    Defendant )

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __CONSUMERS' CHECKBOOK__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __CONSUMERS' CHECKBOOK__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_[signature]_
Signature

385676
BAR IDENTIFICATION NO.

Patrick Carome
Print Name

Wilmer Cutler Pickering Hale and Dorr
Address

1875 Pennsylvania Avenue, NW
City    State    Zip Code

Washington, D.C.    20006
Phone Number