AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CONSUMERS' CHECKBOOK, CENTER
FOR THE STUDY OF SERVICES

**SUMMONS IN A CIVIL CASE**

V.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES CENTERS
FOR MEDICARE AND MEDICAID SERVICES
MICHAEL O. LEAVITT, in his offical capacity as
Secretary of Health and Human Services
LESLIE V. NORWALK, in her official capacity as
Administrator (Acting), Centers for Medicare and Medicaid Services

CASE N

CASE NUMBER   1:06CV02201

JUDGE: Emmet G. Sullivan

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/26/2006

TO: (Name and address of Defendant)

U.S. Department of Health and Human Services
Centers for Medicare and Medicaid Services
c/o Office of General Counsel
200 Independence Avenue, S.W.
Washington, D.C. 20006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Carome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                DEC 26 2006
CLERK                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 26, 2006 |
| NAME OF SERVER (PRINT) Carole Walsh | TITLE Senior Paralegal |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

    G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

        Name of person with whom the summons and complaint were left: _____

    G  Returned unexecuted: _____

    XX  Other (specify):  Served by Certified Mail, return receipt requested.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 16, 2007      *[signature: Carole Walsh]*
              *Date*                 *Signature of Server*

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**US Postal Service**
**Certified Mail Receipt**
Domestic Mail Only
No Insurance Coverage Provided

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | WASHINGTON DC 20006 |
| Return Receipt Fee (Endorsement Required) | $2.07 | 021 Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $2.40 | 13 |
| Total Postage & Fees | $ | $1.85 |
| | $0.00 | |
| | $6.32 | 12/26/2006 |

Sent To:
U.S. Dept. of Health / Human Services
Center for Medicare / Medicaid Serv.
c/o Office of General Counsel
200 Independence Avenue, S.W.
Washington, D.C. 20006

7160 3901 9846 0892 0728

PS Form 3800, January 2005    US Postal Service    **Certified Mail Receipt**

2

2. Article Number
7160 3901 9846 0892 0728
3. Service Type— CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ☐ Yes
1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**
A. Received by (Please Print Clearly): Lawrence
B. Date of Delivery: 1-8-07
C. Signature: X _____
☐ Agent
☐ Addressee
D. Is delivery address different from item 1?   ☐ Yes  ☐ No
If YES, enter delivery address below:

PS Form 3811, January 2005                    Domestic Return Receipt

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CONSUMERS' CHECKBOOK, CENTER
FOR THE STUDY OF SERVICES

**SUMMONS IN A CIVIL CASE**

V.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES CENTERS
FOR MEDICARE AND MEDICAID SERVICES
MICHAEL O. LEAVITT, in his offical capacity as
Secretary of Health and Human Services
LESLIE V. NORWALK, in her official capacity as
Administrator (Acting), Centers for Medicare and Medicaid Services

CASE 1

CASE NUMBER 1:06CV02201

JUDGE: Emmet G. Sullivan

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/26/2006

TO: (Name and address of Defendant)

Michael O. Leavitt, in his official capacity as
Secretary of Health and Human Services
c/o Office of General Counsel
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Carome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 2 6 2006
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 26, 2006 |
| NAME OF SERVER *(PRINT)* Carole Walsh | TITLE Senior Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Served by Certified Mail, return receipt requested.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   January 16, 2007        *[signature: Carole Walsh]*
                  Date                        Signature of Server

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| US Postal Service<br>**Certified Mail Receipt**<br>Domestic Mail Only<br>No Insurance Coverage Provided | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | $2.07 | 02 |
| Restricted Delivery Fee (Endorsement Required) | $2.40 | 13 |
| Total Postage & Fees | $ $1.85 | |

WASHINGTON DC 20006

Sent To:
Michael O. Leavitt, in his
official capacity as
Secretary of Health & Human Serv.
c/o Office of General Counsel
U.S. Dept. of Health & Human Serv.
200 Independence Ave., S.W.
Washington, D.C. 20024

$0.00
$6.32  12/26/2006

7160 3901 9846 0892 0735

PS Form 3800, January 2005    US Postal Service    **Certified Mail Receipt** 2

---

2. Article Number

7160 3901 9846 0892 0735

3. Service Type  CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee)  ☐ Yes
1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  LAWRENCE
B. Date of Delivery  1-8-07
C. Signature
X _____  ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

PS Form 3811, January 2005    Domestic Return Receipt

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CONSUMERS' CHECKBOOK, CENTER
FOR THE STUDY OF SERVICES

**SUMMONS IN A CIVIL CASE**

V.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES CENTERS
FOR MEDICARE AND MEDICAID SERVICES
MICHAEL O. LEAVITT, in his offical capacity as
Secretary of Health and Human Services
LESLIE V. NORWALK, in her official capacity as
Administrator (Acting), Centers for Medicare and Medicaid Services

CASE:

CASE NUMBER   1:06CV02201

JUDGE: Emmet G. Sullivan

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/26/2006

TO: (Name and address of Defendant)

Leslie V. Norwalk, in her official capacity as
Administrator (Acting)
Centers for Medicare and Medicaid Services
c/o Office of General Counsel
U.S. Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20006

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Carome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             DEC 26 2006

CLERK                                   DATE

_/s/ [signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 26, 2006 |
| NAME OF SERVER (PRINT) Carole Walsh | TITLE Senior Paralegal |

*Check one box below to indicate appropriate method of service*

☐ G  Served personally upon the defendant. Place where served: _____

_____

☐ G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ G  Returned unexecuted: _____

_____

☒ G  Other (specify):  Served by Certified Mail, return receipt requested.

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    January 16, 2007          *[signature]*
                    Date                    Signature of Server

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
             Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| US Postal Service<br>**Certified Mail Receipt**<br>Domestic Mail Only<br>No Insurance Coverage Provided | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | WASHINGTON DC 20006 | |
| Return Receipt Fee<br>(Endorsement Required) | $2.07 | Postmark Here |
| Restricted Delivery Fee<br>(Endorsement Required) | $2.40 | 13 |
| Total Postage & Fees | $ | $1.85 |
| Sent To: Leslie V. Norwalk, in her official capacity as Administrator (Acting) Centers for Medicare/Medicaid svs, c/o Office of General Counsel US Dept. of Health + Human svs, 200 Independence Avenue, S.W., Washington, D.C. 20006 | $0.00<br>$6.32 | 12/26/2006 |

PS Form 3800, January 2005    US Postal Service    **Certified Mail Receipt**

2. Article Number: 7160 3901 9846 0892 0742
3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to: [illegible]

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): LAWRENCE
B. Date of Delivery: 1-8-07
C. Signature: X [signature]  ☐ Agent ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No

PS Form 3811, January 2005    Domestic Return Receipt