AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

CONSUMERS' CHECKBOOK, CENTER
FOR THE STUDY OF SERVICES

**SUMMONS IN A CIVIL CASE**

V.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES CENTERS
FOR MEDICARE AND MEDICAID SERVICES
MICHAEL O. LEAVITT, in his offical capacity as
Secretary of Health and Human Services
LESLIE V. NORWALK, in her official capacity as
Administrator (Acting), Centers for Medicare and Medicaid Services

CASE NUM

CASE NUMBER   1:06CV02201

JUDGE: Emmet G. Sullivan

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 12/26/2006

TO: (Name and address of Defendant)

United States Attorney for the District of Columbia
Civil Division
Attention: Civil Processing Clerk
501 Third Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Patrick Carome
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          DEC 2 6 2006

CLERK                                DATE

*[signature]*
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE December 26, 2006 |
| NAME OF SERVER *(PRINT)* Carole Walsh | TITLE Senior Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): __Served by Certified Mail, return receipt requested.__

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  January 16, 2007        *(signature)*
                  Date                        Signature of Server

Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



| | |
|---|---|
| **US Postal Service** <br> **Certified Mail Receipt** <br> Domestic Mail Only <br> No Insurance Coverage Provided | Postage $ <br> Certified Fee <br> Return Receipt Fee WASHINGTON DC 20530 <br> (Endorsement Required) $2.07   02 Postmark Here <br> Restricted Delivery Fee <br> (Endorsement Required) $2.40  13 <br> Total Postage & Fees $ $1.85 |

Sent To: U.S. Attorney for the District of Columbia, Civil Division, Att. Civil Processing Clerk, 501 3rd Street, N.W., Washington, D.C. 20001

$0.00
$6.32  12/26/2006

PS Form 3800, January 2005    US Postal Service    **Certified Mail Receipt**

7160 3901 9846 0892 0759

2. Article Number

7160 3901 9846 0892 0759

3. Service Type  **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)*  ☐ Yes
1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*    B. Date of Delivery  DEC 2 9 2006

C. Signature
X _____  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes  ☒ No
If YES, enter delivery address below:

DEC 2 9 2006

PS Form 3811, January 2005    Domestic Return Receipt