UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES Plaintiff, v. UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et. al, Defendants. | Case No: 06-02201 (EGS) |

**DEFENDANTS' MOTION TO EXTEND**

The Defendants, by and through its undersigned counsel, respectfully move this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the complaint brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). Specifically, Defendants request that it be allowed to file a dispositive motion in response to the complaint by June 1, 2007. The present due date is January 29, 2007. The undersigned contacted and informed Plaintiff's counsel that Defendants would seek a roughly 3 month extension in order to the complete the processing of the FOIA request and to answer the complaint. Plaintiff's counsel neither consented nor opposed the requested relief. The grounds for this motion are set forth below.

Agency counsel has informed the undersigned that it requires additional time in order to complete the processing of the FOIA request by finalizing the search for the requested records and processing and then analyzing the results. Once the search for the requested information has been completed, the agency must determine if all or part of requested records are reproducible.

Next, the agency will make a determination upon Plaintiff's fee waiver request. When the FOIA request has been processed, the agency will release relevant information to Plaintiff, pursuant to any FOIA exemptions and fee collection. The agency will then prepare a Vaughn and declaration. The Defendants intend to file a dispositive motion in response to the answer.

This extension is sought in good faith and will not unfairly prejudice any party. Defendants are proceeding reasonably to respond to the complaint and the FOIA request.

WHEREFORE, based on the foregoing, the Defendants respectfully request that the time to respond to the complaint be extended until June 1, 2007.

Dated: January 24, 2007               Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME and the accompanying proposed Order was filed via the Court's electronic filing system on this January 24, 2007 and is expected to be served by the Court's electronic transmission facilities to:

Patrick Carome
Stephen Albrecht
Wilmer Cutler Pickering
1875 Pennsylvania Avenue, NW
Washington, DC 2006
202 663 6000

                                      /S/
                               ANDREA McBARNETTE
                               Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
CONSUMERS' CHECKBOOK, CENTER )
FOR THE STUDY OF SERVICES )
                                                    )
                Plaintiff,              )
        v.                                  )   Case No: 06-02201 (EGS)
                                                    )
UNITED STATES DEPARTMENT   )
OF HEALTH AND                      )
HUMAN SERVICES,                 )
et. al,                                        )
                                                    )
                Defendants.          )
_____)

**ORDER**

Upon consideration of Defendants' Motion for Enlargement of Time to file a dispositive motion in response to the complaint, it is hereby ordered that the motion is granted. The Defendants' time to respond, is extended to and including June 1, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007