## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

_____

CONSUMERS' CHECKBOOK, CENTER FOR
THE STUDY OF SERVICES

                Plaintiff,

      vs.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.

                Defendants.

_____

Case No: 06-02201 (EGS)

## NOTICE OF SUBSTITUTION OF COUNSEL

Notice is hereby given that Nicole Rabner (D.C. Bar No. 488691), of Wilmer Cutler Pickering Hale and Dorr LLP is hereby substituted in place of Stephen Albrecht as counsel for the plaintiff in the above-entitled matter. Patrick Carome remains as counsel for the plaintiff in the above-entitled matter.

                /s/Stephen Albrecht_____
                Stephen Albrecht (D.C. Bar No. 481871)
                Wilmer Cutler Pickering Hale and Dorr LLP
                1875 Pennsylvania Avenue, NW
                Washington, DC 20006
                Phone: (202) 663-6000
                Fax: (202) 663-6363

Dated: May 22, 2007