UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No: 06-02201 (EGS) |

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 4(b), Plaintiff Consumers' CHECKBOOK, Center for the Study of Services, hereby files this unopposed Motion for a 20-day extension of time in which to reply to Defendants' Opposition To Plaintiff's Cross-Motion For Summary Judgment.

A Memorandum of Law in support of this Motion as well as a proposed Order granting the relief requested accompanies this Motion. Pursuant to Local Civil Rule 7(m), counsel for Plaintiff contacted Defendants' counsel by telephone on May 31, 2007, and is authorized to state that Defendants' counsel does not object to the relief sought herein.

Dated: June 4, 2007

Respectfully submitted,

/s/ Patrick J. Carome
Patrick J. Carome (D.C. Bar No. 385676)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 663-6000
Fax:    (202) 663-6363

*Counsel for Plaintiff Consumers'*
*CHECKBOOK, Center for the Study of Services*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No: 06-02201 (EGS) |

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Plaintiff Consumers' CHECKBOOK, Center for the Study of Services ("CSS"), hereby files this Memorandum of Law In Support Of Its Unopposed Motion For An Extension Of Time To Reply To Defendants' Opposition To Plaintiff's Cross-Motion For Summary Judgment. In support of this Motion, Plaintiff asserts:

1. CSS received a copy of Defendants' Opposition To Plaintiff's Cross-Motion For Summary Judgment And Reply In Support Of Defendants' Motion For Summary Judgment ("Defendants' Opposition") on May 29, 2007. Accordingly, pursuant to Local Rule 7(d) and Federal Rule of Civil Procedure 6, any reply by CSS to Defendants' Opposition is due on or before June 5, 2007.

2. Due to the departure of an attorney for CSS, Stephen Albrecht, counsel to CSS requires additional time to prepare its reply. Accordingly, counsel is requesting a 20-day extension of time, until June 25, 2007, in which to serve a reply.

3. Counsel for CSS contacted Defendants' counsel by telephone on May 31, 2007, to discuss the relief sought herein. Defendants' counsel stated that she does not object to the relief CSS seeks.

4. For these reasons, Plaintiff respectfully requests that this Court grant it until June 25, 2007, to serve its reply to Defendants' Opposition. A proposed Order granting the relief sought herein accompanies this Memorandum of Law.

Dated: June 4, 2007

Respectfully submitted,

/s/ Patrick J. Carome
Patrick J. Carome (D.C. Bar No. 385676)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 663-6000
Fax:     (202) 663-6363

*Counsel for Plaintiff Consumers'*
*CHECKBOOK, Center for the Study of Services*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No: 06-02201 (EGS) |

## ORDER

UPON CONSIDERATION OF Plaintiff's Unopposed Motion For An Extension Of Time To Reply To Defendants' Opposition To Plaintiff's Cross-Motion For Summary Judgment, it is this _____ day of _____, 2007,

ORDERED that the Unopposed Motion For An Extension Of Time To Reply To Defendants' Opposition To Plaintiff's Cross-Motion For Summary Judgment be and hereby is GRANTED; and it is further

ORDERED that the time in which Plaintiff has to serve a reply to Defendants' Opposition To Plaintiff's Cross-Motion For Summary Judgment be and hereby is EXTENDED from June 5, 2007, to and including June 25, 2007.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA