UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No: 06-02201 (EGS) |

## NOTICE OF CHANGE OF ADDRESS

Notice is hereby given that the current address for Patrick Carome of Wilmer Cutler Pickering Hale and Dorr LLP, counsel for the plaintiff in the above-captioned matter, is

WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Dated: June 6, 2007

Respectfully submitted,

/s/ Patrick J. Carome
Patrick J. Carome (D.C. Bar No. 385676)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone:  (202) 663-6000
Fax:    (202) 663-6363

*Counsel for Plaintiff Consumers'
CHECKBOOK, Center for the Study of Services*