UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No: 06-02201 (EGS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.6(b), notice is hereby given that Stephen Albrecht is withdrawing as counsel for the plaintiff in the above-captioned matter. Patrick J. Carome of Wilmer Cutler Pickering Hale and Dorr LLP remains as counsel for the plaintiff.


Dated: June 6, 2007

/s/ Stephen Albrecht
Stephen Albrecht (D.C. Bar No. 481871)


Respectfully submitted,

/s/ Patrick J. Carome
Patrick J. Carome (D.C. Bar No. 385676)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 663-6000
Fax:    (202) 663-6363

*Counsel for Plaintiff Consumers' CHECKBOOK, Center for the Study of Services*

- 2 -

On behalf of Consumers' CHECKBOOK, Center for the Study of Services, I hereby consent to the withdrawal of Stephen Albrecht as our counsel in this case.

>　/s/ Robert Krughoff
> Robert Krughoff
> President, CHECKBOOK/CSS
> 1625 K St., NW, 8th Floor
> Washington, DC 20006