UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No: 06-02201 (EGS) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Nicole Rabner of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters an appearance on behalf of Consumers' Checkbook, Center for the Study of Services in the above-captioned matter.

Respectfully submitted,

Dated: August 7, 2007

/s/ Nicole Rabner
Nicole Rabner (D.C. Bar No. 488691)
Patrick J. Carome (D.C. Bar No. 385676)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone: (202) 663-6000
Fax:    (202) 663-6363

*Counsel for Plaintiff Consumers' CHECKBOOK, Center for the Study of Services*