```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES, ) ) ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT ) OF HEALTH AND HUMAN SERVICES, ) *et al.*, ) ) Defendants. ) ) | Civil Action No. 06-2201 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that plaintiff's motion for summary judgment is **GRANTED**; and it is further

**ORDERED** that defendants' motion for summary judgment is **DENIED**; and it is further

**ORDERED** that defendants shall provide plaintiff a complete production of the records requested by plaintiff for all localities by no later than **September 21, 2007**; and it is further

**ORDERED** that defendants shall not charge plaintiff fees for the search, review, and duplication or production costs associated with processing the request; and it is further

**ORDERED** that the parties shall submit a joint status report and recommendation for future proceedings by no later than **September 28, 2007;** and it is further

**ORDERED** that plaintiff's motion for a scheduling conference is **DENIED as moot.**

**SO ORDERED.**


**Signed:   Emmet G. Sullivan**
**          United States District Judge**
**          August 22, 2007**