UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES  :<br>:<br>Plaintiff,     :<br>:     Case No: 06-02201 (EGS)<br>vs.     :<br>:<br>UNITED STATES DEPARTMENT OF HEALTH  :<br>AND HUMAN SERVICES, et al.     :<br>:<br>Defendants.     :<br>: | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR STAY**

In light of the government's extraordinary delays throughout the history of this case and the public interest in disclosure of the records this Court has ordered to be released, any stay of this Court's August 22, 2007 Order should be subject to certain conditions designed to expedite the ultimate resolution of this case.

    **I.     Defendants Have Caused Extraordinary Delay.**

This case presents a history of extraordinary delay and obfuscation on the part of the Defendants. *See* Pl.'s Cross-Motion Mem. 1-3, 13-19; Pl.'s Reply 1-2. Defendants have wasted the time and resources of the Plaintiff and this Court as they repeatedly changed positions. *See id.*; *see also* Mem. Op. 4 (noting instance in which Defendants "changed course again"). Accordingly, the Court should scrutinize carefully Defendants' request for additional time to comply with the Court's Order of August 22, 2007 directing the release of the records Plaintiff requested under the Freedom of Information Act.

## II. There Is Strong Public Interest in Prompt Disclosure of the Information this Court Has Ordered To Be Released.

There is strong public interest in disclosure of the Medicare claims data this Court has ordered to be released. *See* Mem. Op. 15 (noting there are "important public interests at stake" in disclosure). This information will help the public make more informed Medicare decisions and understand how government funds are spent. *Id.* at 9 (illustrating the types of analyses Plaintiff asserts the data will make possible). The strong public interest in prompt disclosure weighs heavily against continued delay.

## III. Any Stay Should Be Limited in Duration and Conditioned on Defendants Taking Steps To Expedite Resolution of this Case.

If the Court is inclined to grant Defendants equitable relief in the form of a stay of its August 22 Order, Plaintiff respectfully asserts that, in light of the government's history of delay and the public interest in disclosure, such relief should be made subject to three conditions designed to expedite the ultimate resolution of this matter.

First, it is appropriate for the Court, as a condition for any postponement of the effect of its August 22 Order, to require Defendants to decide whether or not to appeal, and to file a notice of appeal if that decision is affirmative, within forty (40) days of that Order – that is, by October 1, 2007. While this will give Defendants less than the normal sixty (60) days that government defendants ordinarily have to commence an appeal, it is more than fair in the unusual circumstances of this case to condition a grant of an equitable stay in this manner.

Second, if any stay is granted, the Court should direct Defendants to take all necessary steps to prepare the records subject to the Court's August 22 Order for disclosure so that, if Defendants decide not to pursue an appeal, the records can be delivered to Plaintiff on the day

after that decision is made (or on the original disclosure deadline of September 21, 2007, if the decision not to appeal is made before that date).

Third, any order granting a stay pending a possible appeal should require Defendants, in the event they pursue an appeal, to join Plaintiff in asking the Court of Appeals for the District of Columbia Circuit to expedite such appeal.

A proposed Order that provides for a stay subject to these reasonable conditions is submitted herewith.

Dated:  August 31, 2007

Respectfully submitted,

\_\_\_\_/s/ Patrick J. Carome_____
Patrick J. Carome (D.C. Bar No. 385676)
Nicole Rabner (D.C. Bar No. 488691)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone:  (202) 663-6000
Fax:     (202) 663-6363
*Counsel for Plaintiff Consumers'*
*CHECKBOOK, Center for the Study of Services*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

CONSUMERS' CHECKBOOK, CENTER FOR
THE STUDY OF SERVICES

        Plaintiff,

vs.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.

        Defendants.

Case No: 06-02201 (EGS)

**ORDER**

UPON CONSIDERATION OF Defendants' Motion For Stay Pending Consideration of Whether To Appeal and Plaintiff's response thereto, it is this _____ day of _____, 2007,

ORDERED that the Motion be and hereby is GRANTED IN PART AND DENIED PART; and it is further

ORDERED that the Defendants' obligation to disclose records as required by the Court's August 22, 2007 Order is stayed until October 1, 2007 unless Defendants file a Notice of Appeal on or before that date, in which case such stay shall continue until the Court of Appeals issues its mandate at the conclusion of the appeal; and it is further

ORDERED that Defendants shall, on or before October 1, 2007, notify the Court and Plaintiff whether they are appealing the Court's August 22, 2007 Order, and it is further

ORDERED that Defendants shall file any Notice of Appeal regarding the August 22, 2007 Order no later than October 1, 2007; and it is further

- 2 -

  ORDERED that Defendants shall take all necessary steps to prepare the records subject to the Court's August 22, 2007 Order for disclosure to ensure that, if Defendants decide not to pursue an appeal, all such records are ready for delivery to Plaintiff on or before the *later* of (a) one day after such decision is made or (b) September 21, 2007 (in the event the decision not to appeal is made before that date); and it is further

  ORDERED that Defendants, in the event they decide to pursue an appeal of the Court's August 22, 2007 Order, shall join Plaintiff in asking the Court of Appeals for the District of Columbia Circuit to expedite such appeal.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA