UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES | : : : | |
| Plaintiff, | : : | |
| vs. | : : | Case No: 06-02201 (EGS) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | : : : | |
| Defendants. | : : | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
AN EXTENSION OF TIME TO MOVE FOR ATTORNEYS' FEES**

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Consumers' CHECKBOOK, Center for the Study of Services, respectfully requests an extension of time in which to move for attorneys' fees and expenses under Federal Rule of Civil Procedure 54(d)(2), to twenty (20) days after Defendants decide whether to appeal the Court's August 22, 2007 Order, or, if Defendants decide to appeal, twenty (20) days after the resolution of such appeal.

In support of this Motion, Plaintiff states as follows:

1. Section 552(a)(4)(E) of the Freedom of Information Act provides: "The court may assess against the United States reasonable attorney fees and other litigation costs reasonably incurred in any case under this section in which the complainant has substantially prevailed." 5 U.S.C. § 552(a)(4)(E).

2. On August 22, 2007, the Court issued an Order granting Plaintiff's Motion for Summary Judgment, denying Defendants' Motion for Summary Judgment, and directing

Defendants to produce all records requested by Plaintiff without fees no later than September 21, 2007.

3.  Federal Rule of Civil Procedure 54(d)(2)(E) provides, in relevant part, that "[c]laims for attorneys' fees and related non-taxable expenses shall be made by motion," and that such motion "must be filed no later than 14 days after entry of judgment." Plaintiff is uncertain whether the filing of the August 22 Order may constitute "entry of judgment" within the meaning of Rule 54(d)(2)(E). Therefore, to ensure protection of its right to recover attorneys' fees and costs, Plaintiff is constrained to assume that that Order did constitute "entry of judgment."

4.  Defendants currently are considering whether to appeal the August 22 Order. (*See* Defendant's Motion For Stay Pending Consideration of Whether to Appeal (Docket # 27), filed Aug. 29, 2007.)

5.  The interests of justice and conservation of resources of the Court and the parties will be better served if the Court addresses the issue of attorneys' fees after the resolution of any appeal of its August 22 Order, or after the Defendants have represented that they will not take such an appeal. This will help to avoid inefficiencies and the possibility of piecemeal litigation of the attorneys' fee issue.

6.  Extending the time for filing a motion for attorneys' fees also is consistent with Local Civil Rule 54.2.

7.  Counsel for Plaintiff contacted Defendants' counsel by telephone on August 28, 2007, to discuss the relief sought herein. Defendants' counsel stated that Defendants do not object to this relief.

8.  A proposed Order granting the relief sought herein accompanies this Motion.

Dated:  August 31, 2007                             Respectfully submitted,

    /s/ Patrick J. Carome
Patrick J. Carome (D.C. Bar No. 385676)
Nicole Rabner (D.C. Bar No. 488691)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Phone:  (202) 663-6000
Fax:  (202) 663-6363
*Counsel for Plaintiff Consumers'
CHECKBOOK, Center for the Study of Services*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No: 06-02201 (EGS) |

**ORDER**

UPON CONSIDERATION OF Plaintiff's Unopposed Motion For An Extension Of Time To Move For Attorneys' Fees, it is this _____ day of _____, 2007,

ORDERED that the Motion be and hereby is GRANTED; and it is further

ORDERED that the time in which Plaintiff has to move for attorneys' fees be and hereby is EXTENDED to the later of (a) twenty (20) days after Defendants advise the Court and Plaintiff that they are not appealing the Court's August 22, 2007 Order, or (b) twenty (20) days after the issuance of the mandate of the Court of Appeals for the D.C. Circuit in the event that Defendants commence an appeal.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA