UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES,   ) ) )  Plaintiff,                                                          ) v.                                                                    ) UNITED STATED DEPARTMENT OF                    ) HEALTH AND HUMAN SERVICES,                    ) ) Defendant.                                                      ) ) | Case No. 06-2201 (EGS) |

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION FOR STAY
PENDING CONSIDERATION OF WHETHER TO APPEAL**

Defendant Department of Health and Human Services ("HHS") respectfully submits this reply in support of its motion for a stay of the Court's August 22, 2007 Order, pending Defendant's consideration of whether to seek appellate review, and pending such review if it is sought.

Plaintiff's request to place conditions upon the Defendant's right to a meaningful appeal is unwarranted and unjust. The Plaintiff seeks to shorten the time in which the Defendant may consider an appeal and to seek appellate review because the Plaintiff is unsatisfied with Defendant's processing of the FOIA request and the Defendant's denial of certain documents. The Plaintiff incorrectly claims that the Defendant delayed in processing the requested documents in this case brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). In fact, the Defendant has attempted in good faith to process the request without undue delay. Plaintiff's impatience does not justify jeopardizing the Defendant's right to a meaningful appeal. The Plaintiff has not presented a need for the documents on an expedited

basis and therefore has not presented a compelling reason why the Defendant's right to an appeal should be curtailed. The failure to grant a stay pending appeal would completely undercut the government's right to secure meaningful review, as production of the documents would moot Defendant's argument on the merits pending Defendant's consideration of whether to seek appellate review, and pending such review if it is sought. E.g. John Doe Agency v. John Doe Corp., 488 U.S. 1306 (1989). The Plaintiff also seeks to possibly unduly burden the Defendant with the expense and labor of compiling the requested production of documents. As the Court of Appeals may reverse this case if an appeal is taken, fulfilling Plaintiff's request now could turn out to be an unnecessary expenditure of government resources.

The Plaintiff, in essence, objects to the procedures set forth in the Federal and Appellate Rules of Civil Procedure and seemingly seeks to impose its own rules. Plaintiff's rules would undermine Defendant's ability to consider and pursue appellate review if sought, and undermine the Defendant's ability to conserve its resources. Therefore, the Court should deny Plaintiff's request to place conditions on a stay and grant Defendant's request for a stay of the Court's August 22, 2007 Order, pending Defendant's consideration of whether to seek appellate review, and pending such review if it is sought.

Dated: September 10, 2007  Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530