IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, )<br><br>Defendant. ) | Civ. A. No. 06-2201 (EGS) |

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE that Paul Freeborne, Trial Attorney, an attorney in good standing in the Virginia State Bar and an attorney with the U.S. Department of Justice, Civil Division, Federal Programs Branch, now appears in place of Andrea McBarnette, Assistant United States Attorney, on behalf of Defendant in this action.

Dated: September 19, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

/s/ Paul G. Freeborne
PAUL G. FREEBORNE
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW,
Washington, D.C. 20530
Tel: (202) 353-0543
Fax: (202) 616-8460

*Counsel for the Agency Defendant*