**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES, )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, )<br><br>Defendants. ) | Civil Action No. 06-2201 (EGS) |

**ORDER**

UPON CONSIDERATION OF defendants' Motion for Stay Pending Consideration of Whether to Appeal, plaintiff's response thereto, and defendants' Supplement to Motion for Stay, it is hereby

**ORDERED** that defendants' motion is **GRANTED in part** and **DENIED in part**; and it is further

**ORDERED** that the defendants' obligation to disclose records, as required by the Court's August 22, 2007 Order ("Order"), is stayed until October 22, 2007, unless defendants file a Notice of Appeal on or before that date, in which case such stay shall continue until the Court of Appeals issues its mandate at the conclusion of the appeal; and it is further

**ORDERED** that Defendants shall file any Notice of Appeal regarding the Order by no later than October 22, 2007; and it is

1

further

    **ORDERED** that defendants, in the event that they do not appeal the Court's Order, shall provide plaintiff a complete production of the records requested by plaintiff for all localities by no later than **November 1, 2007.**

    **SO ORDERED.**


**Signed:**    **Emmet G. Sullivan**
             **United States District Judge**
             **September 19, 2007**