UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.<br><br>Defendants. | Case No: 06-02201 (EGS) |

## JOINT STATUS REPORT

In accordance with the Court's August 22, 2007 Order, Plaintiff Consumers' CHECKBOOK, Center for the Study of Services, and Defendants United States Department of Health and Human Services, and Michael O. Leavitt and Leslie V. Norwalk in their official capacities, respectfully submit this joint status report and recommendation for future proceedings.

1.  On August 22, 2007, the Court issued an Order granting Plaintiff's Motion for Summary Judgment, denying Defendants' Motion for Summary Judgment, directing Defendants to produce all records requested by Plaintiff without fees no later than September 21, 2007, and directing the parties to submit a joint status report and recommendation for future proceedings no later than September 28, 2007.

2. On August 31, 2007, upon Plaintiff's Unopposed Motion For An Extension Of Time To Move For Attorneys' Fees, the Court extended the time in which Plaintiff has to move for attorneys' fees to the later of (a) twenty (20) days after Defendants advise the Court and Plaintiff that they are not appealing the Court's August 22, 2007 Order, or (b) twenty (20) days after the issuance of the mandate of the Court of Appeals for the D.C. Circuit in the event that Defendants commence an appeal.

3. On September 19, 2007, upon Defendants' Motion for Stay Pending Consideration of Whether to Appeal, the Court issued an Order (a) staying the Defendants' obligation to disclose records, as required by the August 22 Order, until October 22, 2007 (unless Defendants file a Notice of Appeal on or before that date, in which case such stay shall continue until the Court of Appeals issues its mandate), and (b) directing Defendants to provide Plaintiff a complete production of the records requested by no later than November 1, 2007, if Defendants do not appeal the August 22 Order.

4. With respect to a recommendation for further proceedings, the parties have differing positions:

a. Plaintiff respectfully requests that the Court issue an Order, in the form attached hereto as Exhibit A, directing the parties to submit a further joint status report five (5) business days after the passage of a deadline by which Defendants are required by Order of this Court to produce the records requested. Plaintiff believes this request is consistent with the spirit of the Court's August 22 Order, in which the Court directed the parties to submit a joint status report five (5) business days after the date by which the Court ordered the requested records to be produced.

b.  Defendants do not believe that any further status reports by the parties are necessary. To the extent Defendants wish to inform the Court of further developments, they will do so through an appropriate motion. Accordingly, the attached proposed Order is appropriate only if the Court accepts Plaintiff's position.

Dated: September 28, 2007

/s/ Patrick J. Carome
Patrick J. Carome (D.C. Bar No. 385676)
Nicole Rabner (D.C. Bar No. 488691)
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

*Counsel for Plaintiff Consumers'
CHECKBOOK, Center for the Study of
Services*

Respectfully submitted,

/s/ Paul G. Freeborne
Paul G. Freeborne
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, DC 20530
Telephone: (202) 353-0543
Facsimile: (202) 616-8460

*Counsel for Defendants*

# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

---

CONSUMERS' CHECKBOOK, CENTER FOR
THE STUDY OF SERVICES

        Plaintiff,

vs.

UNITED STATES DEPARTMENT OF HEALTH
AND HUMAN SERVICES, et al.

        Defendants.

Case No: 06-02201 (EGS)

## ORDER

UPON CONSIDERATION OF the Joint Status Report submitted by the parties and Plaintiff's request therein, it is this _____ day of _____, 2007,

ORDERED that the parties shall submit a further joint status report five (5) business days after the passage of a deadline by which Defendants are required by Order of this Court to produce the records requested.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA