**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 06-2201 (EGS) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that all defendants, including the United States Department of Health and Human Services ("HHS"), appeal to the United States Court of Appeals for the District of Columbia the trial court's injunctive order, dated August 22, 2007, directing the release of records.

Dated: October 19, 2007

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

CARL J. NICHOLS
Deputy Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ARTHUR R. GOLDBERG
Assistant Branch Director

/s/ Paul G. Freeborne
PAUL G. FREEBORNE
Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW,
Washington, D.C. 20530
Tel: (202) 353-0543
Fax: (202) 616-8460

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 19th day of October, 2007, I served a true and accurate copy of the foregoing **Notice of Appeal** *via* the USDC CM/ECF electronic filing system to the following:

Nicole Rabner
WILMER CUTLER PICKERING HALE & DOOR, LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
*Counsel for Plaintiff*

                                       /s/ Paul G. Freeborne
                                       PAUL G. FREEBORNE
                                       Department of Justice
                                       Civil Division, Federal Programs Branch
                                       20 Massachusetts Ave., NW,
                                       Washington, D.C. 20530
                                       Tel: (202) 353-0543
                                       Fax: (202) 616-8460
                                       paul.freeborne@usdoj.gov