UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> Defendants. | Case No: 06-02201 (EGS) |

## JOINT STATUS REPORT

In accordance with the Court's October 3, 2007 Minute Order, Plaintiff Consumers' CHECKBOOK, Center for the Study of Services, and Defendants United States Department of Health and Human Services, and Michael O. Leavitt and Leslie V. Norwalk in their official capacities, respectfully submit this joint status report and recommendation for future proceedings.

1. On August 22, 2007, the Court issued an Order granting Plaintiff's Motion for Summary Judgment, denying Defendants' Motion for Summary Judgment, directing Defendants to produce all records requested by Plaintiff without fees no later than September 21, 2007, and directing the parties to submit a joint status report and recommendation for future proceedings no later than September 28, 2007.

2. The Court subsequently issued Orders: (a) staying the Defendants' obligation to disclose records until October 22, 2007, unless Defendants filed a Notice of Appeal on or before that date, in which case such stay shall continue until the Court of Appeals for the D.C. Circuit issues its mandate; and (b) extending Plaintiff's time to move for attorney's fees to twenty (20)

days after the Court of Appeals issues its mandate in the event that Defendants commence an appeal.

3. On September 28, 2007, the parties submitted a Joint Status Report in accordance with the Court's August 22 Order.

4. On October 3, 2007 the Court issued a Minute Order directing the parties to submit a joint status report and recommendation for future proceedings no later than November 9, 2007.

5. Defendants filed a Notice of Appeal on October 19, 2007.

6. The parties respectfully recommend that the Court issue an Order, in the form attached hereto as Exhibit A, directing the parties to submit a further joint status report no later than five (5) business days after the Court of Appeals issues its mandate.

Dated:  November 9, 2007                                Respectfully submitted,


_/s/ Nicole Rabner_____                     _/s/ Paul G. Freeborne_____
Patrick J. Carome (D.C. Bar No. 385676)                Paul G. Freeborne
Nicole Rabner (D.C. Bar No. 488691)                    Department of Justice
WILMER CUTLER PICKERING                                Civil Division, Federal Programs Branch
HALE AND DORR LLP                                      20 Massachusetts Avenue, NW
1875 Pennsylvania Avenue, NW                           Washington, DC 20530
Washington, DC 20006                                   Telephone:  (202) 353-0543
Telephone:  (202) 663-6000                             Facsimile:   (202) 616-8460
Facsimile:   (202) 663-6363

                                                       *Counsel for Defendants*
*Counsel for Plaintiff Consumers'*
*CHECKBOOK, Center for the Study of*
*Services*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES | : <br> : <br> : |
| Plaintiff, | : <br> :     Case No: 06-02201 (EGS) |
| vs. | : <br> : |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. | : <br> : <br> : |
| Defendants. | : <br> : |

## **ORDER**

UPON CONSIDERATION OF the Joint Status Report submitted by the parties and the parties' request therein, it is this _____ day of _____, 2007,

ORDERED that the parties shall submit a further joint status report no later than five (5) business days after the Court of Appeals for the D.C. Circuit issues its mandate.

 

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA