UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CONSUMERS' CHECKBOOK, CENTER FOR THE STUDY OF SERVICES, <br><br>     Plaintiff, <br><br>     v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*, <br><br>     Defendants. | Civil Action No. 06-2201 (EGS) |

**ORDER**

Upon consideration of the parties' joint status report, and consistent with the mandate of the United States Court of Appeals for the District of Columbia Circuit, it is by the Court hereby

**ORDERED** that **JUDGMENT** is entered for defendants and against plaintiff; and it is

**FURTHER ORDERED** that this Order shall constitute a **FINAL JUDGMENT** in this case; and it is

**FURTHER ORDERED** that each side shall bear its own costs and attorneys fees.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan
            United States District Judge
            December 8, 2010**